AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| JOSHUA HANCOCK and ARELI RAMOS, Individually and As Next Friends for K.H., S.H. and H.H. <br> *Plaintiff(s)* <br> v. <br><br> CITY OF CORPUS CHRISTI, et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:17-CV-327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Officer Andrew Carrizales, Corpus Christi Independent School Police Department, 4401 Greenwood Drive, Corpus Christi, Texas, 78416 OR Cunningham Middle School, 4321 Prescott Street, Corpus Christi, Texas, 78416.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Martin J. Cirkiel, CIRKIEL & ASSOCIATES, P.C., 1901 E. Palm Valley Blvd., Round Rock, Texas, 78664, (512) 244-6658,
and
Timothy D. Raub, RAUB LAW FIRM, P.C., 814 Leopard Street, Corpus Christi, Texas, 78401, (361) 880-8181.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-327

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: