AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| JOSHUA HANCOCK and ARELI RAMOS, Individually and As Next Friends for K.H., S.H. and H.H.<br>*Plaintiff(s)*<br>v.<br><br>CITY OF CORPUS CHRISTI, et al<br>*Defendant(s)* | Civil Action No. 2:17-CV-327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Andrew Carrizales, Corpus Christi Independent School Police Department, 4401 Greenwood Drive, Corpus Christi, Texas, 78416 OR Cunningham Middle School, 4321 Prescott Street, Corpus Christi, Texas, 78416.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Martin J. Cirkiel, CIRKIEL & ASSOCIATES, P.C., 1901 E. Palm Valley Blvd., Round Rock, Texas, 78664, (512) 244-6658,
and
Timothy D. Raub, RAUB LAW FIRM, P.C., 814 Leopard Street, Corpus Christi, Texas, 78401, (361) 880-8181.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

CLERK OF COURT

Date: 11-6-17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-327

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Andrew Canizales, Corpus Christi Independent School Police Department
was received by me on *(date)* 11/7/17

☒ I personally served the summons on the individual at *(place)* Officer Andrew Canizales at 4321 Prescott Street, Corpus Christi, TX 78416 on *(date)* 11/7/17 at 3:10pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 65.00 for travel and $ — for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 11/7/17

*Server's signature*
J. R. Perez

*Printed name and title*
Joe R. Perez, Perez Service Co.
Process Server SCH 1527 Exp 9/30/20

*Server's address*
P.O. Box 18432
Corpus Christi, Texas 78480-8432

Additional information regarding attempted service, etc: