# Exhibit A

| | |
|---|---|
| JOSHUA HANCOCK and ARELI RAMOS, INDIVIDUALLY and as next friends, for K.H., S.H., and H.H.,<br><br>Plaintiffs,<br><br>v.<br><br>CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT and OFFICER ANDREW CARRIZALES, INDIVIDUALLY<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     C.A. No. 2:17-cv-00327 |

## DECLARATION OF ANDREW CARRIZALES

I, Andrew Carrizales, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit, nor have I been threatened with any detriment in connection with giving this declaration.

1. During the 2016-2017 school year, I was employed by the Corpus Christi Independent School District as a police officer, assigned primarily to work at the Cunningham Middle School ("CMS") campus. During that time I have interacted with all three Student Plaintiffs in this lawsuit (H.H., K.H. and S.H.). The three girls have a history of conflict with other students at the school, which school officials and I see as mutual antagonizing, and not bullying.

2. On November 9, 2016, H.H., K.H. and S.H. were served Criminal Trespass Warnings (CTWs) by school administrators as a result of several arguments and fights with other students they continuously got into before and after school. The CTWs required all three students to be off the CMS campus by 4:10 p.m. each day.

3. Despite the CTWs, the three girls would remain on campus after 4:10 p.m., in violation of the CTWs, on an almost daily basis. They continued to still cause issues with other students and continue to push the issue of the CTW. I both personally witnessed them on school property after 4:10 p.m., and was told by CMS administrators, including Principal Sandy Salinas-Deleon, Assistant Principal Barbara Brinkman and Assistant Principal Danny Noyola, that they had witnessed all three girls back on school property after 4:10 p.m., at various times leading up to December 5, 2016. I gave them verbal warnings each time they violated the CTW. Because of prior conflict with the family, I actually put off arresting the girls for violating the CTW several times, in an effort to try and work with the girls.

4. On December 5, 2016, all three girls were observed leaving campus around 4:15 p.m., walking south on Prescott to the Prescott Village Shopping Center. At approximately 4:46 p.m. I was monitoring the front of the school when I noticed H.H., K.H. and S.H. back on campus, in violation of the CTW.

5. I initially made contact with H.H. in the courtyard of the school with Assistant Principal Dr. Brinkman. H.H. told us that she had come back onto school property because she wanted to get water. I walked H.H. back to my office, where I placed her in handcuffs for violating the CTW. It is my regular practice to place someone who is being arrested in handcuffs, for the purposes of ensuring my safety. I then sat H.H. down in a chair in the office.

6. I next asked Sargent Alvin Shelly, who had just arrived at the school, to go with me to find K.H. and S.H. at the front of the school. Both girls were standing on the city side walk as we approached them, but I had seen them walking on and off campus, playing around with their friends. I approached both girls and informed them they need to come with me to my office.

7. I escorted both girls back to my office where I informed them they were going to be placed under arrest for Criminal Trespassing. When we walked in my office, K.H. (the oldest) noticed her younger sister H,H. was in handcuffs. K.H. immediately turned around, stating "Oh hell no, I'm not staying in here," and tried to walk out of the office. I got in K.H.'s way and told her that she needed to calm down and not make things worse. K.H. continued to try and walk past me and attempted to move me out of her way. I grabbed K.H. by her right arm, turning it behind her back. K.H. was able to still turn around facing me, clinching her fist as if she was going to hit me. I quickly turned K.H. back away from me by grabbing both arms behind her back. K.H. slipped her right arm away from me, again turning and facing me.

8. Since K.H. was still actively resisting me and I was unable to hold her hands behind her back to handcuff her, I decided to take her to the ground so that I could get better control of her person. Given that her sister S.H. was also clearly angry and in very close proximity to us in the small office, I felt that I needed to gain control of K.H. quickly, so that I could then deal with S.H. if she tried to intervene. As it was, Sgt. Shelly had to step in between S.H. and me/K.H. to stop her from interfering with my arrest. Sgt. Shelly then placed S.H. in handcuffs. After I got K.H. to the ground, I was able to place the handcuffs on her

9. While I was taking K.H. down to the ground, she hit the back of her head on my desk, causing a small bump to the back of her head. Both Dr., Brinkman and I asked K.H. if she needed medical attention or an ice pack, but she declined, stating that she was OK because she has a hard head. During the time I spent with the girls in the security office and until their departure with Sgt. Shelly to JJC, I never witnesses any of them complain of physical pain or give the appearance of being hurt or in pain.

10. K.H., S.H. and H.H. were arrested for Criminal Trespass. Katlyn was also charged with resisting arrest. All three were taken to the Juvenile Justice Center by Sgt. Shelly.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 26th, 2019.

*A. Carrizales*
ANDREW CARRIZALES