# Exhibit B

3. During the week of December 5-9, 2016, I saw K.H., S.H., and H.H. on campus after 4:10 p.m. and again warned them that they needed to leave campus or they run the risk of being arrested. I specifically reminded them that they had been served CTWs and were, therefore, trespassing. The three girls did not leave campus.

4. On December 13, 2016, at approximately 4:19 p.m., I saw the three girls, once again, on campus after 4:10 p.m. I approached Officer A. Carrizales, who was standing near the front of the school, and notified him that the three girls were on campus after 4:10 p.m. in violation of the CTWs. Shortly thereafter, I witnessed Officer A. Carrizales approach the three girls and, after a brief discussion, take H.H. into custody without incident. In taking H.H. into custody, I did not witness Officer A. Carrizales use any force whatsoever—he simply handcuffed her and escorted her to his vehicle. At no point did H.H. fall to the ground, complain of injury, or receive injury as a result of being taken into custody. Furthermore, at no point did I witness Officer A. Carrizales push H.H. to the ground, place his knee on any part of her body, or otherwise use any physical force against her.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2018.

_____
Barbara Brinkman

3. On Monday, December 5, 2016 at approximately 4:30 p.m., I was notified by Officer Carrizales on the radio that H.H. was in the CMS courtyard. Officer Carrizales, Principal Salinas-DeLeon, and I walked to the courtyard and saw H.H. walking around. Officer Carrizales approached H.H. and asked why she was on campus, and H.H. responded that she wanted a drink a water. Officer Carrizales then requested that she accompany him to his office, and she did so willingly. Mrs. Salinas-DeLeon and I joined Officer Carrizales and H.H. in the security office. While walking to the security office (or shortly after we arrived at the office), Officer Carrizales reported to Principal Salinas-DeLeon and me that he had also seen the other two sisters, K.H. and S.H., on campus in the front of the school after 4:10 p.m.

4. Once in the security office, Officer Carrizales placed H.H. in handcuffs and sat her in a chair. Shortly thereafter, Officer A. Shelly arrived as a transport officer. With H.H. secured in handcuffs, Officers Shelly and Carrizales walked to the front of the campus and escorted K.H. and S.H. into the security office. K.H. saw her sister H.H. in handcuffs and became demonstrably upset. She tried to leave the security office but was blocked by Officer Carrizales. Officer Carrizales began to place K.H. in handcuffs, and while doing so, K.H. struggled and became more agitated. Carrizales repeatedly told her to calm down and to stop resisting. K.H. pulled one of her arms out of Officer Carrizales' grip and turned around to face him, but Officer Carrizales turned her around again so that she would be facing away from him as she continued to struggle to get free.

5. Officer Carrizales had to lower K.H. to the floor as she struggled and she hit her head on the corner of a desk while resisting his efforts to place her in handcuffs. As this was happening, Officer Shelly was placing S.H. in handcuffs. S.H. was upset and yelling at Officer Carrizales to get his hands off K.H.

6. Approximately 15 minutes after all three sisters were in handcuffs, they were able to calm down and even began chatting and laughing together as if nothing was wrong.

7. K.H. was asked numerous times by Officer Carrizales and myself if she wanted an ice pack for her head, but she declined and—while laughing—stated that she had a "hard head". She then walked over to Officer Carrizales, then myself, so that we could each feel the bump on her head. After feeling the bump, I again offered her an ice pack, but she declined.

8. After the paperwork was completed at approximately 5:50 p.m., Officer Shelly and I escorted the three girls to the police car and helped place them in the back seat. Officer Shelly transported the three girls to the Nueces County Juvenile Justice Center (JJC). The three sisters remained handcuffed until their arrival at JJC.

9. During the time I spent with the girls in the security office and until their departure with Officer Shelly to JJC, I never witnesses H.H., K.H., or S.H. complain of physical pain or give the appearance of being hurt or in pain.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 6, 2019.

_____
BARBARA BRINKMAN, ED.D.