# Exhibit C

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSHUA HANCOCK and ARELI RAMOS, INDIVIDUALLY and as next friends, for K.H., S.H., and H.H., <br><br>Plaintiffs, <br><br>v. <br><br>CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT and OFFICER ANDREW CARRIZALES, INDIVIDUALLY <br><br>Defendants. | § § § § § § § § § § § § § § § § <br><br>C.A. No. 2:17-cv-00327 |

## DECLARATION OF SARGEANT ALVIN SHELLY

I, Sgt. Alvin Shelly, declare that I have personal knowledge of the facts contained in this Declaration, and that such statements are true and correct. If called and sworn as a witness, I would testify competently to those facts. I make this Declaration entirely of my own free will and choice. I have not been promised any benefit, nor have I been threatened with any detriment in connection with giving this declaration.

1. On Monday, December 5, 2016, I, Sgt. Alvin Shelly SP119, employed by the Corpus Christi Independent School District, was assigned to work the mid-shift patrol for the Corpus Christi ISD Police Department located at 4401 Greenwood Dr., Corpus Christi, TX in the county of Nueces.

2. At approximately 5:11 p.m., I was advised by Central Dispatch to proceed to Cunningham Middle School located at 4321 Prescott and assist unit 179, A. Carrizales CCISD PD, with three trespassers he had on his campus.

3. Upon arrival I made contact with Officer Carrizales and Assistant Principal Barbara Brinkman in the Police Office along with subject H.H. who had been detained for Criminal Trespassing. Officer Carrizales requested assistance in detaining the other two subjects, K.H. and S.H., who were still outside the school building and were hanging around at the front of the school. Officer Carrizales and I made contact with a K.H. and S.H. at the front of the school at which time Officer Carrizales instructed both girls to come with us to the Police Office. Both girls complied and voluntarily entered the Police office with us.

4. As they entered the office, K.H. saw her sister H.H. sitting in a chair in hand restraints at which time she mumbled something (which I could not hear) and then tried to force her way past Officer Carrizales in an attempt to get out of the office. Officer Carrizales grabbed a

hold of K.H.'s wrist and told her to stop. Officer Carrizales explained to K.H. that she was being arrested for criminal trespass. As Officer Carrizales was gaining control of K.H., I observed S.H. turn around from talking to H.H. start to come back towards Officer Carrizales as he was attempting to gain control of K.H. I then stepped past Officer Carrizales, as he was taking K.H. to the ground to gain compliance, to stop S.H. from interfering or possibly attacking Officer Carrizales who had his back to her. After stopping S.H., I placed her in hand restraints and had her sit down.

     5.    After all three girls were restrained, Officer Carrizales asked K.H. where she had hit the desk with her head, to which K.H. replied she had hit the back of her head. Officer Carrizales then asked her if she needed to see the nurse of get an ice pack, to which K.H. replied she did not need that because her head was harder than the desk.

     6.    After all arrest reports were completed, all three girls were transported to the Nueces County Juvenile Justice Center. While at the Juvenile Justice Center, the girls' father arrived at the center, threatened and demanded the juvenile justice center staff release his girls immediately or they would be sorry.

I DECLARE UPON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 26, 2019.

_[signature]_
SGT. ALVIN SHELLY