# Exhibit D

Corpus Christi Independent School District
Office of Police Services

# CRIMINAL TRESPASS
## -Written Warning-

CASE # 16-001269

ON THIS DATE: November 09 2016
MONTH DAY YEAR

SUBJECT: H███, H███          SOCIAL SECURITY # ███
         NAME
ADDRESS: ███████████ 415    DATE OF BIRTH: ███

Hancock, Hailie Sky  CONFIRM THAT I WAS DULY NOTIFIED BY A PERSON WITH AUTHORITY THAT I HAVE NO CONSENT OR AUTHORIZATION TO ENTER OR REMAIN ON SCHOOL PREMISES, INCLUDING ANY PORTION OF SCHOOL PROPERTY OR IN ANY SCHOOL BUILDING, CONCERNING:

Cunningham Middle School    LOCATED AT:   4321 Prescott St. Corpus Christi, TX 78415
NAME OF SCHOOL OR FACILITY                 STREET ADDRESS

I AM FULLY AWARE THAT THE SCHOOL PREMISES ARE OWNED AND UNDER THE CONTROL OF THE CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT. I FURTHER CONFIRM THAT I WAS DULY NOTIFIED BY THE PERSON WITH AUTHORITY NAMED BELOW THAT SHOULD I ENTER OR REMAIN ON ANY PORTION OF THE SCHOOL PROPERTY IDENTIFIED IN THIS WARNING, I WILL BE PROSECUTED FOR CRIMINAL TRESPASS.

"A person commits an offense if he enters or remains on property or in a building of another without effective consent and he had noticed that the entry was forbidden; or received notice to depart but failed to do so." Texas Penal Code, Section 30.05

SUBJECT'S SIGNATURE ███          DATE 11/9/16
AUTHORITY SIGNATURE A. Cauiga SP196     DATE 11-9-16
WITNESS SIGNATURE                        DATE 11-9-16

COMMENTS:

Above student is not aloud on Cunningham Property until 8:30am and is required to be off campus by 4:10pm daily. He/She is also not aloud on campus anytime while school is not in session or any after school events.

Corpus Christi Independent School District
Office of Police Services

# CRIMINAL TRESPASS
## -Written Warning-

CASE #   16-001269

ON THIS DATE:   November   09   2016
                MONTH      DAY  YEAR

SUBJECT:   H█████, K███n█████          SOCIAL SECURITY #   ██████
           NAME
ADDRESS:   ██████████████████          DATE OF BIRTH:      ██████

Hancock, Katlyn Beatric CONFIRM THAT I WAS DULY NOTIFIED BY A PERSON WITH AUTHORITY THAT I HAVE NO CONSENT OR AUTHORIZATION TO ENTER OR REMAIN ON SCHOOL PREMISES, INCLUDING ANY PORTION OF SCHOOL PROPERTY OR IN ANY SCHOOL BUILDING, CONCERNING:

Cunningham Middle School      LOCATED AT:   4321 Prescott St. Corpus Christi, TX 78415
NAME OF SCHOOL OR FACILITY                  STREET ADDRESS

I AM FULLY AWARE THAT THE SCHOOL PREMISES ARE OWNED AND UNDER THE CONTROL OF THE CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT. I FURTHER CONFIRM THAT I WAS DULY NOTIFIED BY THE PERSON WITH AUTHORITY NAMED BELOW THAT SHOULD I ENTER OR REMAIN ON ANY PORTION OF THE SCHOOL PROPERTY IDENTIFIED IN THIS WARNING, I WILL BE PROSECUTED FOR CRIMINAL TRESPASS.

"A person commits an offense if he enters or remains on property or in a building of another without effective consent and he had noticed that the entry was forbidden; or received notice to depart but failed to do so." Texas Penal Code, Section 30.05

SUBJECT'S SIGNATURE                          DATE  11-9-16
AUTHORITY SIGNATURE                          DATE  11-9-16
A. C█████ ─ SP196
WITNESS SIGNATURE                            DATE  11-9-16

COMMENTS:

Above student is not aloud on Cunningham Property until 8:30am and is required to be off campus by 4:10pm daily. He/She is also not aloud on campus anytime while school is not in session or any after school events.

Corpus Christi Independent School District
Office of Police Services

# CRIMINAL TRESPASS
-Written Warning-

CASE #   16-001269

ON THIS DATE:   November   09   2016
                MONTH      DAY  YEAR

SUBJECT:   H██████, S██████           SOCIAL SECURITY #   ██████
           NAME
ADDRESS:   ██████ ██████ ██████        DATE OF BIRTH:   ██████

Hancock, Shina Nani  CONFIRM THAT I WAS DULY NOTIFIED BY A PERSON WITH AUTHORITY THAT I HAVE NO CONSENT OR AUTHORIZATION TO ENTER OR REMAIN ON SCHOOL PREMISES, INCLUDING ANY PORTION OF SCHOOL PROPERTY OR IN ANY SCHOOL BUILDING, CONCERNING:

Cunningham Middle School   LOCATED AT:   4321 Prescott St. Corpus Christi, TX 78415
NAME OF SCHOOL OR FACILITY                STREET ADDRESS

I AM FULLY AWARE THAT THE SCHOOL PREMISES ARE OWNED AND UNDER THE CONTROL OF THE CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT. I FURTHER CONFIRM THAT I WAS DULY NOTIFIED BY THE PERSON WITH AUTHORITY NAMED BELOW THAT SHOULD I ENTER OR REMAIN ON ANY PORTION OF THE SCHOOL PROPERTY IDENTIFIED IN THIS WARNING, I WILL BE PROSECUTED FOR CRIMINAL TRESPASS.

"A person commits an offense if he enters or remains on property or in a building of another without effective consent and he had noticed that the entry was forbidden; or received notice to depart but failed to do so." Texas Penal Code, Section 30.05

S█ H█████                          11-9-16
SUBJECT'S SIGNATURE                DATE

[signature]                        11-9-16
AUTHORITY SIGNATURE                DATE

A. C_____ SP196                   11-9-16
WITNESS SIGNATURE                  DATE

COMMENTS:

Above student is not aloud on Cunningham Property until 8:30am and is required to be off campus by 4:10pm daily. He/She is also not aloud on campus anytime while school is not in session or any after school events.