# Exhibit E

**Driscoll Children's Hospital**
**3533 South Alameda**
**Corpus Christi, TX 78411**
**361-694-5000**
**1-800-DCH-LOVE**

H█████ H█████
MRN 380389

Department: Emergency Department
Date of Visit: 12/5/2016

## Diagnoses

==Contusion of left wrist, initial encounter==
==Contusion of right wrist, initial encounter==
==Bilateral wrist pain==

You were seen by Kerry Yancy, MD.

## Follow-up Information

**Follow up with Teofilo Espiritu, MD.**
Specialty: Pediatrics
Why: as needed
Contact information
  5945 SARATOGA BLVD
  Corpus Christi TX 78414
  361-992-6458

**Follow up with Emergency Department.**
Specialty: Emergency Medicine
Why: if symptoms worsen
Contact information
  3533 S Alameda St
  Corpus Christi Texas 78411
  361-694-5000

In the event of a medical emergency call 911 or go to the nearest emergency room. En caso de una emergencia médica llame al 911 o vaya a la sala de emergencia más cercana.

*If a medication has been discontinued, doses have changed or a new medication has been added please update this list and please share with all providers caring for your child. Remember to keep this updated list with you at all times.*

## Medication List

**Notice**
==You have not been prescribed any medications.==

## Discharge Instructions

It is common to have some "aches and pains" for a day or two after a minor injury.
You can use any over the counter "pain reducer" medicine. Generic/store brands and "name brands" work the same. There is no benefit to spending money on a "name brand" like Tylenol, Motrin, or Advil, when the same medicine from even a dollar store will work as well. Just make sure that you do not double up on the ingredients (acetaminophen or ibuprofen.)
See the PCP as needed.
Follow up with police

## Medications administered in the Emergency Department

ibuprofen (MOTRIN) tablet 400 mg

**Driscoll Children's Hospital values your opinion and strives to provide excellent pediatric healthcare. You may receive a survey in the mail from Driscoll, your honest feedback would be greatly appreciated. Thank you for giving us the privilege of taking care of your child.**

**For your child's non-emergent needs, Driscoll Children's Urgent Care located at 5945 Saratoga Blvd. in Corpus Christi now has new hours of operation: M-F 5:00-10:00PM and Sat-Sun 1:00-10:00PM Thank You**

**Patient representative understands to contact the patient's physician should any problems occur at home. Patient representative also understands and acknowledges receipt of instructions as provided by the nurse.**

**Driscoll Children's Hospital**
3533 S. Alameda
Corpus Christi, TX 78411-1721

Office Hours: 8:00am to 5:00pm
Phone: (361) 694-5111  Option: 5

Joshua Hancock
1633 HUDSON ST
CORPUS CHRISTI, TX 78416-1824

PAYMENT BY CREDIT CARD:

☐ MasterCard   ☐ VISA   ☐ [other]   ☐ Discover

Card Number: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

Expiration Date: ___/___   Payment Amount: _____.___
Cardholder Signature: _____
Guarantor Number: 150536
Pay online at **www.driscollchildrens.org**

Driscoll Children's Hospital
PO Box 926
San Antonio, TX 78294-0926
Please include guarantor account number on check.

_Please detach and return the top portion with payment_

**Patient Name:** S█ H█
**Account Number:** 11157676   **Statement Date:** 12/28/16
**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 12/05/16 | 0450 | 3400013 | ER LEVEL 3 | 1 | 1,278.00 |
| 12/06/16 | 0250 | 250-0001 | IBUPROFEN 200 MG TAB | 2 | 0.25 |
|  |  |  | Total Charges |  | 1,278.25 |

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Insurance Adjustments | -715.82 |

**Current Balance: $562.43**

Thank you for choosing a Driscoll Health Systems provider for your family's health care needs. Please remit payment for the guarantor balance upon receipt of this statement.

*Charity Medical Care*
*You may qualify for charity medical care. Your qualification for charity medical treatment will be determined by your family size and income according to the Driscoll Children's Hospital charity care policy in relation to Federal Poverty Guidelines. To apply: Contact a Financial Counselor at (361) 694-4758 or (361) 694-5163.*

H█00020