UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA HANCOCK and ARELI RAMOS, INDIVIDUALLY and as next friends, for K.H., S.H., and H.H., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. No. 2:17-cv-00327 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT and OFFICER ANDREW CARRIZALES, INDIVIDUALLY | § § § § § § | |
| Defendants. | § | |

## NOTICE OF MEDIATION AND SETTLEMENT

COMES Joshua Hancock and Areli Ramos, Individually and as Next Friends for K.H., S.H., and H.H., and Defendant Andrew Carrizales, and would respectfully show the Court the following:

1.  Pursuant to the Court's Order of October 9, 2019 [Dkt. No. 62], the parties wish to notify the Court that they scheduled and mediated this case on Tuesday, October 22, 2019 with Mediator Andrew J. Lehrman, and that the case fully settled. The parties are working on and shall submit the appropriate dismissal papers in due course.

Respectfully submitted,

 /s/  Martin J. Cirkiel[1]
Martin J. Cirkiel
State Bar No. 00783829
Federal ID 21488
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]

By: /s/ Timothy D. Raub[1]
Mr. Timothy D. Raub, Esq.
State Bar. No. 00789570
Raub Law Firm, P.C.
814 Leopard Street
Corpus Christi, TX 78401
(361) 880-8181 [Telephone]
(361) 887-6521 [Facsimile]
timraub@raublawfirm.com [Email]

**ATTORNEYS FOR THE PLAINTIFFS**

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
  Christopher B. Gilbert
  State Bar No. 00787535
  Southern District No. 17283

 3200 Southwest Freeway, Suite 2000
 Houston, Texas 77027
 Telephone:(713) 554-6744
 Facsimile: (713) 583-7698
 cgilbert@thompsonhorton.com

**ATTORNEYS FOR THE DEFENDANTS**

**OF COUNSEL:**

Rebecca S. Bailey
State Bar No. 24062597
**THOMPSON & HORTON LLP**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6762 – Telephone
(713) 583-9364 – Facsimile
rbailey@thompsonhorton.com

---

[1] By permission.  /s/ Christopher B. Gilbert

## **CERTIFICATE OF SERVICE**

    This is to certify that on October 25, 2019, a true and correct copy of the foregoing document was served electronically on the following:

        Mr. Martin J. Cirkiel, Esq.
        Cirkiel & Associates, P.C.
        1901 E. Palm Valley Boulevard
        Round Rock, Texas 78664
        marty@cirkielaw.com

        Mr. Timothy D. Raub, Esq.
        Raub Law Finn, P.C.
        814 Leopard Street
        Corpus Christi, TX 78401
        timraub@raublawfinn.com
        ***Attorneys for the Plaintiff***

            /s/ Christopher B. Gilbert
        Christopher B. Gilbert