IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSHUA HANCOCK, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:17-CV-327 |
| § | |
| CITY OF CORPUS CHRISTI, *et al*, § § | |
| Defendants. § | |

# ORDER

The Court is in receipt of the Joint Stipulation of Dismissal with Prejudice, Dkt. No. 78. The Stipulation is signed by Plaintiffs' counsel and by Defendants' counsel. *Id*. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines in the case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 28th day of April, 2020.

_____
Hilda Tagle
Senior United States District Judge